IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:09cr069-WHA-01 |
| TORIE WILSON | ) | |

## **ORDER**

This case is before the court on the Motion to Continue (Doc. #18), filed by the Defendant on June 16, 2009.

For the reason that defense counsel is in need of additional time to adequately prepare a defense, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case is CONTINUED from July 20, 2009, to the term of court commencing August 24, 2009.

DONE this 16th day June, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE