AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Torie Wilson | ) | Case No: 2:09cr69-WKW-1 |
| | ) | USM No: 12702-002 |
| Date of Original Judgment: 02/22/2010 | ) | |
| Date of Previous Amended Judgment: 03/01/2010 | ) | Terrie Scott Biggs |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## SECOND AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   191   months **is reduced to**   177   months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This term consists of 57 months on Count 1 and 120 months on Count 2, to be served consecutively to the term on Count 1.

Except as otherwise provided, all provisions of the judgment dated   03/01/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/22/2024                     /s/ W. Keith Watkins
                                                              *Judge's signature*

Effective Date: 02/07/2024                 W. Keith Watkins, United States District Judge
*(if different from order date)*                    *Printed name and title*